# Exhibit I

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| SEA GREEN HOLDINGS, LLC | : |
| Plaintiff, | : CIVIL ACTION NO. |
| | : 3:18-CV-00264 (MPS) |
| v. | : |
| ANGERA et al | : |
| Defendants. | : MARCH 14, 2018 |

## AFFIDAVIT OF ATTORNEY'S FEES

I, Philip G. Kent, being duly sworn, hereby depose and say:

1. I am over the age of eighteen (18) years and understand and believe in the obligations of an oath.

2. I am a partner in the law firm of Susman, Duffy & Segaloff, P.C., attorneys retained by the Plaintiff but not employees of the Plaintiff.

3. I make this affidavit in support of an award of attorney's fees

4. In connection with the underlying removal, attorneys in our office expended time as a result of the removal of this matter to federal court. The attorney time consists of 0.4 hours at $400 per hour for the supervising partner Joseph E. Faughnan, Esq. ("JEF"), 9.1 hours at $300 per hour for myself ("PK"), and 19.2 hours at $250 per hour for our associate attorney Caleb F. Hamel, Esq ("CH"). The total time expended was 29.7 hours, together with expenses of $105, for a total fee of $8.095.00. An itemization of the time spent and expenses is attached as Schedule A.

5. I request attorney's fees in the amount of $8,095.00, which reflects time spent and expenses paid as a result of the removal of this matter to federal court. This is the first application for fees presented to the Court.

6. Based upon my experience, I believe the foregoing fees are fair and reasonable.

_____
Philip G. Kent

Subscribed and sworn to before me this 14th day of March, 2018.

_____
Commissioner of the Superior Court

## SCHEDULE A

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/15/2018 | PK | Review court notices and filings re notice of removal; research re motion to remand; | 0.90 hrs. | 300.00 | 270.00 |
| 02/16/2018 | JEF | Conference with PK re removal of PJR to Federal Court and motion to remand; | 0.40 hrs. | 400.00 | 160.00 |
| 02/16/2018 | PK | Conferences with LD and ADM re notice of removal, motion to remand and case status; review court notices and filings re filing fee, standing protective order, deadlines and order to show cause re removed proceeding, develop strategy; | 2.00 hrs. | 300.00 | 600.00 |
| 02/16/2018 | CH | Review order to show cause; | 0.30 hrs. | 250.00 | 75.00 |
| 02/26/2018 | PK | Emails; telephone conference with clerk | 0.90 hrs. | 300.00 | 270.00 |
| 03/05/2018 | PK | Review show cause filings and appearance | 0.50 hrs. | 300.00 | 150.00 |
| 03/05/2018 | CH | Conference with PK; review filings re removal; research | 1.30 hrs. | 250.00 | 325.00 |
| 03/06/2018 | PK | Review information and e-mail memorandum and related information re motion for remand; work on motion for remand | 1.00 hrs. | 300.00 | 300.00 |
| 03/06/2018 | CH | Research Maine requirements re licensure for in-house counsel; conference with PK re motion strategy; draft motion for remand; | 6.40 hrs. | 250.00 | 1,600.00 |
| 03/07/2018 | CH | Additional work on motion for remand (research and drafting); | 1.40 hrs. | 250.00 | 350.00 |
| 03/08/2018 | PK | Emails; conference with email to CH re motion for remand | 0.50 hrs. | 300.00 | 150.00 |
| 03/08/2018 | CH | Additional work on motion for remand (research and drafting) | 6.50 hrs. | 250.00 | 1,625.00 |
| 03/09/2018 | PK | Conference with CH re motion for remand; review and revise motion for remand; | 0.40 hrs. | 300.00 | 120.00 |
| 03/09/2018 | CH | Telephone conference with Maine Board of Overseers; | 0.20 hrs. | 250.00 | 50.00 |
| 03/12/2018 | PK | Review certified dissolution papers; review and revise memorandum re motion for remand; conference with CH re same; | 1.70 hrs. | 300.00 | 510.00 |
| 03/12/2018 | CH | Conference with PK; revise remand brief; | 1.30 hrs. | 250.00 | 325.00 |
| 03/14/2018 | CH | Prepare affidavit of attorneys fees, finalize motion | 1.80 hrs. | 250.00 | 450.00 |
| 03/14/2018 | PK | Confer w/ CH re motion for remand; Review, revise and finalize revised motion for remand and supporting memorandum and exhibits | 2.20 hrs. | 300.00 | 660.00 |

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 03/07/2018 | Secretary of State - Certified Copy Request re Tikal Consulting Company | 105.00 |

TOTAL $8,095.00